THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROAD-
WAY REALTY COMPANY, Respondent, *v.* THOMAS L. FEITNER
et al., as Commissioners of Taxes and Assessments of the
City of New York, Appellants.

*People ex rel. Broadway Realty Co.* v. *Feitner*, 61 App. Div. 156, affirmed.
(Argued October 3, 1901; decided November 12, 1901.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered May 23, 1901, which affirmed an order of
Special Term denying a motion to quash a writ of certiorari
to review the action of the defendants in assessing certain real
estate belonging to the relator and granting relator's motion
for the appointment of a referee.

The following is the question certified : " Did the facts
alleged in the petition and the writ of certiorari granted
thereon with the return thereto require the court to entertain
the proceeding for a review of the assessment of the property
described in the petition, belonging to the relator, and to
appoint a referee to take testimony therein ? "

*John Whalen, Corporation Counsel* (*James M. Ward* of
counsel), for appellants.

*Albert G. Milbank* and *George L. Nichols* for respondent.

Order affirmed, with costs, on prevailing opinion below,
and question certified answered in the affirmative.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.